# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00766-CV

**Dennis Antolik and Victor Antolik, Appellants**

**v.**

**Castle Crown Management, LLC, and Victory Cheval Holdings, LLC, Appellees**

### FROM THE COUNTY COURT AT LAW NUMBER 2 OF TRAVIS COUNTY
### NO. C-1-CV-15-004456, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss their appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Scott K. Field, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed on Appellants' Motion

Filed: January 8, 2016